STATE OF MAINE

KENNEBEC, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-06-245

ACAPELLO SALONS, INC.,

Plaintiff

v.

DECISION

ROBYN WILCOX, *et al.*,

Defendants

Before the court is the defendants Mariorano's and Wilcox's motion for summary judgment as to counts I, IV, VI, and IX. Also before the court is the plaintiff's cross-motion for summary judgment on counts I, II, IV and V.

The court has considered the motions filed by the parties in this case and has come to the conclusion that there are factual issues that must be resolved by the factfinder. Although the law is clear as to any employer's obligation to pay overtime, there are conflicting factual statements regarding what took place in the instant case. Likewise, there are factual issues relating to the bonus plan and the shortages alleged in counts II, IV and V.

It is hereby ORDERED that the defendants' motion for summary judgment is hereby DENIED and that plaintiff's cross-motion for summary judgment is hereby DENIED.

Dated: 7-24-c9

Joseph M. Jabar
Justice, Superior Court

ACAPELLO SALONS INC - PLAINTIFF
173 U.S.ROUTE 1
SCARBOROUGH ME 04074
Attorney for: ACAPELLO SALONS INC
WALTER MCKEE  - RETAINED 10/11/2006
LIPMAN & KATZ & MCKEE, PA
227 WATER STREET
PO BOX 1051
AUGUSTA ME 04332-1051


vs
ROBYN WILCOX  - DEFENDANT
1923 MAIN STREET,
FAYETTE ME 04349
Attorney for: ROBYN WILCOX
PETER S BLACK  - RETAINED
VERRIL DANA LLP
ONE PORTLAND SQUARE
PO BOX 586
PORTLAND ME 04112-0586


JUSTIN BOND  - DEFENDANT
145 HIGHLAND AVENUE,
GARDINER ME 04345
KATHERINE LAROCHELLE  - DEFENDANT
9 ABBY LAND,
SACO ME 04072
Attorney for: KATHERINE LAROCHELLE
GRAYDON STEVENS  - RETAINED
KELLY REMMEL & ZIMMERMAN
53 EXCHANGE ST
PO BOX 597
PORTLAND ME 04112-0597


LORRIE MAIORANO  - DEFENDANT
155 OLD BLUE POINT ROAD,
SCARBOROUGH ME 04074
Attorney for: LORRIE MAIORANO
PETER S BLACK  - RETAINED
VERRIL DANA LLP
ONE PORTLAND SQUARE
PO BOX 586
PORTLAND ME 04112-0586


ANITA RICHARDS  - DEFENDANT
364 LUDLOW STREET,
PORTLAND ME 04112
Attorney for: ANITA RICHARDS
PETER S BLACK  - RETAINED
VERRIL DANA LLP
ONE PORTLAND SQUARE
PO BOX 586
PORTLAND ME 04112-0586

SUPERIOR COURT
KENNEBEC, ss.
Docket No  AUGSC-CV-2006-00245


**DOCKET  RECORD**

Filing Document: COMPLAINT          Minor Case Type: CONTRACT
Filing Date: 10/11/2006

## Docket Events:

10/11/2006 FILING DOCUMENT - COMPLAINT FILED ON 10/11/2006


10/11/2006 Party(s): ACAPELLO SALONS INC
        ATTORNEY - RETAINED ENTERED ON 10/11/2006
        Plaintiff's Attorney: WALTER MCKEE


10/11/2006 CERTIFY/NOTIFICATION - CASE FILE NOTICE SENT ON 10/11/2006
        Plaintiff's Attorney: WALTER MCKEE
        MAILED TO ATTY. OF RECORD.


10/11/2006 Party(s): ACAPELLO SALONS INC
        MOTION - TEMP RESTRAINING ORDER FILED ON 10/11/2006
        Plaintiff's Attorney: WALTER MCKEE
        WITHOUT NOTICE AND MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION, MEMORANDUM OF LAW IN
        SUPPORT OF REQUEST FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND PERMANENT
        INJUNCTION AND TEMPORARY RESTRAINING ORDERS AGAINST ANITA RICHARDS,LORRIE MAIORANO,JUSTIN
        BOND, ROBYN WILCOX AND KATHERINE LAROCHELLE


10/12/2006 Party(s): ACAPELLO SALONS INC
        MOTION - MOTION PRELIMINARY INJUNCTION FILED WITH AFFIDAVIT ON 10/11/2006
        Plaintiff's Attorney: WALTER MCKEE


10/17/2006 Party(s): ACAPELLO SALONS INC
        MOTION - TEMP RESTRAINING ORDER GRANTED ON 10/16/2006
        NANCY MILLS , JUSTICE
        COPIES TO PARTIES/COUNSEL


10/17/2006 Party(s): ROBYN WILCOX,JUSTIN BOND,KATHERINE LAROCHELLE,LORRIE MAIORANO,ANITA RICHARDS
        ORDER - TEMPORARY RESTRAINING ORDER ENTERED ON 10/16/2006
        NANCY MILLS , JUSTICE
        TEMPORARY RESTRAINING ORDER ISSUED AGAINST KATHERINE LAROCHELLE, ROBYN WILCOX, JUSTIN
        BOND, LORRIE MAIORANO AND ANITA RICHARDS.


10/17/2006 HEARING - MOTION PRELIMINARY INJUNCTION SCHEDULED FOR 11/14/2006 @ 8:30
        DONALD H MARDEN , JUSTICE


10/17/2006 HEARING - MOTION PRELIMINARY INJUNCTION NOTICE SENT ON 10/18/2006


10/31/2006 Party(s): ROBYN WILCOX,JUSTIN BOND,KATHERINE LAROCHELLE,LORRIE MAIORANO,ANITA RICHARDS
        MOTION - DISSOLVE TEMP RESTRAIN ORDER FILED ON 10/26/2006


11/01/2006 Party(s): ACAPELLO SALONS INC
        OTHER FILING - OPPOSING MEMORANDUM FILED ON 11/01/2006
        Plaintiff's Attorney: WALTER MCKEE
        PLAINTIFF'S OBJECTIONS TO DEFENDANTS' MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER,
        AFFIDAVIT OF WALTER F. MCKEE AND COPY OF AFFIDAVIT OF JUNE JULIANO(ORIGINAL TO BE
        FORWARDED)


11/06/2006 Party(s): ANITA RICHARDS
        SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 10/31/2006

SERVED ON LORRIE MAIORANO FOR ANITA RICHARDS.

11/06/2006 Party(s): ROBYN WILCOX
SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 10/31/2006
SERVED ON LORRIE MAIORANO FOR ROBYN WILCOX

11/06/2006 Party(s): LORRIE MAIORANO
SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 10/31/2006

11/13/2006 Party(s): ROBYN WILCOX,LORRIE MAIORANO,ANITA RICHARDS
OTHER FILING - REPLY MEMORANDUM FILED ON 11/09/2006
Defendant's Attorney: PETER S BLACK
TO OBJECTION TO MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER WITH PROPOSED ORDER.

11/14/2006 Party(s): ACAPELLO SALONS INC
OTHER FILING - AFFIDAVIT FILED ON 11/14/2006
Plaintiff's Attorney: WALTER MCKEE
AFFIDAVIT OF JUNE JULIANO.

11/14/2006 Party(s): KATHERINE LAROCHELLE
SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 11/03/2006
ORIGINAL SUMMONS WITH RETURN SERVICE MADE UPON KATHERINE LAROCHELLE

11/14/2006 Party(s): KATHERINE LAROCHELLE
RESPONSIVE PLEADING - ANSWER & COUNTERCLAIM FILED ON 11/14/2006
Defendant's Attorney: GRAYDON STEVENS

11/14/2006 Party(s): KATHERINE LAROCHELLE
ATTORNEY - RETAINED ENTERED ON 11/14/2006
Defendant's Attorney: GRAYDON STEVENS

11/14/2006 Party(s): KATHERINE LAROCHELLE
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 11/14/2006
Defendant's Attorney: GRAYDON STEVENS
DEFENDANT KATHRYN LAROCHELLE'S INTERROGATORIES AND DOCUMENT REQUESTS TO ACAPELLO SALONS,
INC. SERVED ON WALTER F. MCKEE, ESQ. ON 11/10/06

11/14/2006 Party(s): KATHERINE LAROCHELLE
MOTION - DISSOLVE TEMP RESTRAIN ORDER FILED WITH AFFIDAVIT ON 11/14/2006
Defendant's Attorney: GRAYDON STEVENS

11/14/2006 Party(s): LORRIE MAIORANO
ATTORNEY - RETAINED ENTERED ON 10/26/2006
Defendant's Attorney: PETER S BLACK

11/14/2006 Party(s): ROBYN WILCOX
ATTORNEY - RETAINED ENTERED ON 10/26/2006
Defendant's Attorney: PETER S BLACK

11/14/2006 Party(s): ANITA RICHARDS
ATTORNEY - RETAINED ENTERED ON 10/26/2006
Defendant's Attorney: PETER S BLACK

11/14/2006 HEARING - MOTION PRELIMINARY INJUNCTION HELD ON 11/14/2006
DONALD H MARDEN , JUSTICE
Reporter: JANETTE COOK
WALTER MCKEE, FOR THE PLAINTIFF. GRAYDON STEVENS, ESQ. FOR KATHERINE LAROCHELLE. PETER
BLACK, ESQ. FOR LORRIE MAIORANO, ROBYN WILCOX AND ANITA RICHARDS. ORAL ARGUMENTS MADE TO
THE COURT.

11/14/2006 Party(s): ROBYN WILCOX,JUSTIN BOND,KATHERINE LAROCHELLE,LORRIE MAIORANO,ANITA RICHARDS
MOTION - DISSOLVE TEMP RESTRAIN ORDER GRANTED ON 11/14/2006
DONALD H MARDEN , JUSTICE
COPIES TO PARTIES/COUNSEL

11/14/2006 Party(s): ROBYN WILCOX,JUSTIN BOND,KATHERINE LAROCHELLE,LORRIE MAIORANO,ANITA RICHARDS
MOTION - DISSOLVE TEMP RESTRAIN ORDER MADE ORALLY ON 11/14/2006
DONALD H MARDEN , JUSTICE

11/14/2006 Party(s): KATHERINE LAROCHELLE
MOTION - DISSOLVE TEMP RESTRAIN ORDER GRANTED ON 11/14/2006
DONALD H MARDEN , JUSTICE
COPIES TO PARTIES/COUNSEL

11/14/2006 Party(s): KATHERINE LAROCHELLE
MOTION - DISSOLVE TEMP RESTRAIN ORDER MADE ORALLY ON 11/14/2006
DONALD H MARDEN , JUSTICE
COPIES MAILED TO ATTYS. OF RECORD

11/14/2006 HEARING - MOTION PRELIMINARY INJUNCTION SCHEDULED FOR 12/20/2006 @ 1:00
DONALD H MARDEN , JUSTICE

11/14/2006 HEARING - MOTION PRELIMINARY INJUNCTION NOTICE SENT ON 11/14/2006

11/15/2006 Party(s): ROBYN WILCOX,LORRIE MAIORANO,ANITA RICHARDS
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 11/15/2006
Defendant's Attorney: PETER S BLACK
DEFT RICHARDS' INTERROGATORIES AND DOCUMENT REQUESTS TO PLF; DEFT MAIORANO'S
INTERROGATORIES AND DOCUMENT REQUESTS TO PLF; DEFT WILCOX'S INTERROGATORIES AND DOCUMENT
REQUESTS TO PLF, SERVED ON W. MCKEE, ESQ. ON 11/14/06.

11/15/2006 Party(s): ROBYN WILCOX
RESPONSIVE PLEADING - ANSWER & COUNTERCLAIM FILED ON 11/15/2006
Defendant's Attorney: PETER S BLACK

11/15/2006 Party(s): KATHERINE LAROCHELLE
RESPONSIVE PLEADING - ANSWER & COUNTERCLAIM FILED ON 11/15/2006
Defendant's Attorney: PETER S BLACK

11/15/2006 Party(s): ANITA RICHARDS
RESPONSIVE PLEADING - ANSWER & COUNTERCLAIM FILED ON 11/15/2006
Defendant's Attorney: PETER S BLACK

11/20/2006 Party(s): ACAPELLO SALONS INC
RESPONSIVE PLEADING - REPLY/ANSWER TO COUNTERCLAIM FILED ON 11/17/2006
Plaintiff's Attorney: WALTER MCKEE

11/27/2006 Party(s):  ACAPELLO SALONS INC
         RESPONSIVE PLEADING - REPLY/ANSWER TO COUNTERCLAIM FILED ON 11/27/2006
         Plaintiff's Attorney:  WALTER MCKEE
         DEFT MAIORANO

11/27/2006 Party(s):  ACAPELLO SALONS INC
         RESPONSIVE PLEADING - REPLY/ANSWER TO COUNTERCLAIM FILED ON 11/27/2006
         Plaintiff's Attorney:  WALTER MCKEE
         DEFT WILCOX

11/27/2006 Party(s):  ACAPELLO SALONS INC
         RESPONSIVE PLEADING - REPLY/ANSWER TO COUNTERCLAIM FILED ON 11/27/2006
         Plaintiff's Attorney:  WALTER MCKEE
         DEFT RICHARDS

11/29/2006 Party(s):  ACAPELLO SALONS INC
         MOTION - MOTION TO CONTINUE FILED ON 11/29/2006
         Plaintiff's Attorney:  WALTER MCKEE

11/29/2006 Party(s):  ACAPELLO SALONS INC
         DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 11/29/2006
         Plaintiff's Attorney:  WALTER MCKEE
         NOTICE OF DEPOSITION, SERVED ON KATHRYN LAROCHELLE ON 11/27/06.

11/29/2006 Party(s):  ACAPELLO SALONS INC
         DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 11/29/2006
         Plaintiff's Attorney:  WALTER MCKEE
         NOTICE OF DEPOSITION, SERVED ON LORRIE MAIORANO ON 11/27/06.

11/29/2006 Party(s):  ACAPELLO SALONS INC
         DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 11/29/2006
         Plaintiff's Attorney:  WALTER MCKEE
         NOTICE OF DEPOSITION, SERVED ON ANITA RICHARDS ON 11/27/06.

11/29/2006 Party(s):  ACAPELLO SALONS INC
         DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 11/29/2006
         Plaintiff's Attorney:  WALTER MCKEE
         NOTICE OF DEPOSITION, SERVED ON ROBYN WILCON ON 11/27/06.

11/29/2006 Party(s):  ROBYN WILCOX,LORRIE MAIORANO,ANITA RICHARDS
         DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 11/29/2006
         Defendant's Attorney: PETER S BLACK
         NOTICE TO TAKE DEPOSITION OF JUNE JULIANO; NOTICE TO TAKE DEPOSITION OF TINA PREBLE,
         SERVED ON W. MCKEE, ESQ. ON 11/28/06.

12/04/2006 Party(s):  ACAPELLO SALONS INC
         MOTION - MOTION TO CONTINUE GRANTED ON 11/30/2006
         DONALD H MARDEN , JUSTICE
         COPIES TO PARTIES/COUNSEL

12/04/2006 HEARING - MOTION PRELIMINARY INJUNCTION SCHEDULED FOR 03/15/2007 @ 8:30
         DONALD H MARDEN , JUSTICE

12/11/2006 Party(s): ACAPELLO SALONS INC
ADR - NOTICE OF ADR PROCESS/NEUTRAL FILED ON 12/08/2006
Plaintiff's Attorney: WALTER MCKEE
MEDIATION SCHEDULED FOR 1/19/07 WITH JOHN ERLER, ESQ.

01/23/2007 ORDER - REPORT OF ADR CONF/ORDER FILED ON 01/23/2007
Defendant's Attorney: JOHN ERLER
Plaintiff's Attorney: WALTER MCKEE

01/23/2007 ORDER - REPORT OF ADR CONF/ORDER UNRESOLVED ON 01/23/2007

01/30/2007 ORDER - REPORT OF ADR CONF/ORDER ENTERED ON 01/29/2007
DONALD H MARDEN , JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. COPIES TO
PARTIES/COUNSEL

01/31/2007 ORDER - SCHEDULING ORDER ENTERED ON 01/30/2007
DONALD H MARDEN , JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. COPIES TO
PARTIES/COUNSEL

01/31/2007 DISCOVERY FILING - DISCOVERY DEADLINE ENTERED ON 06/19/2007

01/31/2007 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 01/30/2007
DONALD H MARDEN , JUSTICE

02/06/2007 Party(s): ROBYN WILCOX,KATHERINE LAROCHELLE,LORRIE MAIORANO
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 02/06/2007
Defendant's Attorney: PETER S BLACK
AMENDED NOTICE TO TAKE DEPOSITION OF JUNE JULIANO SERVED ON WALTER F. MCKEE, ESQ. ON
2/5/07

02/20/2007 Party(s): LORRIE MAIORANO
LETTER - FROM PARTY FILED ON 02/20/2007
Defendant's Attorney: PETER S BLACK
REGARDING DISCOVERY DEADLINE

03/09/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO,ANITA RICHARDS
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 03/09/2007
Defendant's Attorney: PETER S BLACK
ANSWERS TO PLF'S INTERROGATORIES TO DEFT ROBYN WILCOX; ANSWERS TO PLF'S INTERROGATORIES TO
DEFT LORRIE MAIORANO; RESONSES TO PLF'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFT ROBYN
WILCOX; RESPONSES TO PLF'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFT LORRIE MAIORANO,
SERVED ON W. MCKEE, ESQ. ON 03/08/07.

03/13/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION TO CONTINUE FILED ON 03/13/2007
Plaintiff's Attorney: WALTER MCKEE
PLF'S UNOPPOSED MOTION TO CONTINUE, PROPOSED ORDER.

03/15/2007 HEARING - MOTION PRELIMINARY INJUNCTION CONTINUED ON 03/15/2007

03/15/2007 HEARING - MOTION PRELIMINARY INJUNCTION CONTINUED ON 03/15/2007

03/15/2007 Party(s): ACAPELLO SALONS INC
            MOTION - MOTION TO CONTINUE GRANTED ON 03/14/2007
            DONALD H MARDEN , JUSTICE
            COPIES TO PARTIES/COUNSEL

03/15/2007 HEARING - MOTION PRELIMINARY INJUNCTION SCHEDULED FOR 04/18/2007 @ 9:00
            DONALD H MARDEN , JUSTICE

03/23/2007 Party(s): ACAPELLO SALONS INC
            DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 03/23/2007
            Plaintiff's Attorney: WALTER MCKEE
            PLF'S RESPONSES TO DEFT MAIORANO'S DOCUMENT REQUESTS; PLF'S RESPONSES TO DEFT WILCOX'S
            DOCUMENT REQUESTS, SERVED ON P. BLACK, ESQ. ON 03/21/07.

04/02/2007 Party(s): ACAPELLO SALONS INC
            DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 04/02/2007
            Plaintiff's Attorney: WALTER MCKEE
            AMENDED NOTICE TO TAKE ORAL DEPOSITION OF ROBYN WILCOX; AMENDED NOTICE TO TAKE ORAL
            DEOSITION OF LORRIE MAIORANO, SERVED ON P. BLACK, ESQ. ON 03/30/07.

04/03/2007 Party(s): ACAPELLO SALONS INC
            DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 04/03/2007
            Plaintiff's Attorney: WALTER MCKEE
            PLTF'S RESPONSES TO DEFT MAIORANO'S INTERROGATORIES; PLTF'S RESPONSES TO DEFT WILCOX'S
            INTERROGATORIES, SERVED ON P. BLACK, ESQ. ON 04/02/07.

04/06/2007 HEARING - MOTION PRELIMINARY INJUNCTION CONTINUED ON 04/06/2007

04/06/2007 HEARING - MOTION PRELIMINARY INJUNCTION SCHEDULED FOR 04/27/2007 @ 9:00
            DONALD H MARDEN , JUSTICE

04/06/2007 HEARING - MOTION PRELIMINARY INJUNCTION NOTICE SENT ON 04/06/2007

04/13/2007 Party(s): ACAPELLO SALONS INC
            MOTION - MOTION TO DISMISS FILED ON 04/13/2007
            Plaintiff's Attorney: WALTER MCKEE
            CERTAIN CLAIMS WITH PROPOSED ORDER.

04/18/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO,ANITA RICHARDS
            DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 04/18/2007
            Defendant's Attorney: PETER S BLACK
            NOTICE TO TAKE DEPOSITION OF TINA PREBLE; NOTICE TO TAKE DEPOSITION OF JUNE JULIANO,
            SERVED ON W. MCKEE, ESQ. ON 04/17/07.

04/19/2007 Party(s): ACAPELLO SALONS INC
            MOTION - MOTION TO DISMISS GRANTED ON 04/18/2007
            DONALD H MARDEN , JUSTICE
            COPIES TO PARTIES/COUNSEL

04/19/2007 Party(s): KATHERINE LAROCHELLE
            FINDING - PARTIAL DISMISSED W/ PREJUDICE ENTERED ON 04/18/2007

DONALD H MARDEN , JUSTICE
COUNTS 3 AND 8 OF PLAINTIFF'S COMPLAINT AND COUNT 1-4 OF DEFENDANT KATHRYN LAROCHELLE'S
COUNTERCLAIM.

04/24/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION TO CONTINUE FILED ON 04/24/2007
Plaintiff's Attorney: WALTER MCKEE
PLAINTIFF'S CONSENTED TO MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING WITH PROPOSED
ORDER.

04/26/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION TO CONTINUE GRANTED ON 04/25/2007
DONALD H MARDEN , JUSTICE
COPIES TO PARTIES/COUNSEL

04/26/2007 HEARING - MOTION PRELIMINARY INJUNCTION CONTINUED ON 04/25/2007
DONALD H MARDEN , JUSTICE

04/26/2007 HEARING - MOTION PRELIMINARY INJUNCTION SCHEDULED FOR 07/19/2007 @ 8:30

05/01/2007 Party(s): ACAPELLO SALONS INC
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 05/01/2007
Plaintiff's Attorney: WALTER MCKEE
PLTF'S SECOND SET OF INTERROGATORIEWS TO LORRIE MAIORANO; PLTF'S SECOND SET OF
INTERROGATORIES TO ROBYN WILCOX, SERVED ON P. BLACK, ESQ. ON 04/30/07.

05/10/2007 Party(s): ACAPELLO SALONS INC
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 05/10/2007
Plaintiff's Attorney: WALTER MCKEE
OBJECTION TO DOCUMENT REQUESTS CONTAINED IN DEPOSITION NOTICES, SERVED ON P. BLACK, ESQ.
ON 05/09/07.

06/07/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO,ANITA RICHARDS
MOTION - MOTION SUMMARY JUDGMENT FILED WITH AFFIDAVIT ON 06/06/2007
Defendant's Attorney: PETER S BLACK
MOTION FOR SUMMARY JUDGMENT WITH INCORPORATED MEMORANDUM OF LAW, STATEMENT OF MATERIAL
FACTS, APPENDIX OF EXHIBITS, TRANSCRIPT OF TINA PREBLE, AFFIDAVIT OF ROBYN WILCOX, JUNE
JULIANO AND AFFIDAVIT OF CLIENTS AND PROPOSED ORDER.

06/08/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 06/08/2007
Defendant's Attorney: PETER S BLACK
NOTICE TO TAKE DEPOSITION OF JUNE JULIANO, SERVED ON W. MCKEE, ESQ. ON 06/07/07.

06/18/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
MOTION - MOTION PARTIAL SUMMARY JUDG FILED ON 06/18/2007
Defendant's Attorney: PETER S BLACK
MOTION FOR PARTIAL SUMMARY JUDGMENT OF LIABILITY FOR VIOLATION OF OVERTIME STATUTE AND
INCORPORATED MEMORANDUM OF LAW. STATEMENT OF MATERIAL FACTS, EXHIBITS 1-3. PROPOSED
ORDER.

06/19/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION EXTEND DISCOVERY FILED ON 06/15/2007

Plaintiff's Attorney: WALTER MCKEE
PLTF'S MOTION FOR EXTENSION OF DISCOVERY DEADLINE. PROPOSED ORDER.

06/20/2007 Party(s): ACAPELLO SALONS INC
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 06/20/2007
Plaintiff's Attorney: WALTER MCKEE
NOTICES OF DEPOSITION OF: ALICE CHAPLICK, CAROLYN BRAGG, ESTHER GINSBERG, JACKIE WEBBER,
JESSICA BOIS, LORNA DAMREN, PAULA MCNALLY, SHARON RAUSCH, CHRIS BERRY AND PERRY CLARK,
SERVED ON P. BLACK, ESQ. ON 06/19/07.

06/20/2007 Party(s): ACAPELLO SALONS INC
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 06/20/2007
Plaintiff's Attorney: WALTER MCKEE
OBJECTION TO NOTICE OF DEPOSITION OF JUNE JULIANO, SERVED ON P. BLACK, ESQ. ON 06/19/07.

06/21/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 06/21/2007
Defendant's Attorney: PETER S BLACK
FIFTH AMENDED NOTICE TO TAKE DEPOSITION OF JUNE JULIANO, SERVED ON W. MCKEE, ESQ. ON
06/18/07.

06/22/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
OTHER FILING - OPPOSING MEMORANDUM FILED ON 06/22/2007
Defendant's Attorney: PETER S BLACK
OPPOSITION TO MOTION FOR EXTENSION OF DISCOVERY DEADLINE.                    CORRECTED
OPPOSITION TO MOTION FOR EXTENSTION OF DISCOVERY DEADLINE.

06/25/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 06/25/2007
Plaintiff's Attorney: WALTER MCKEE
UNOPPOSED MOTION FOR EXTENSION TO FILE OBJECTIONS TO SECOND MOTION FOR PARTIAL SUMMARY
JUDGMENT, AFFIDAVIT OF WALTER MCKEE, ESQ. AND PROPOSED ORDER.

06/25/2007 Party(s): ACAPELLO SALONS INC
OTHER FILING - REPLY MEMORANDUM FILED ON 06/25/2007
Plaintiff's Attorney: WALTER MCKEE
PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR EXTENSION OF DISCOVERY DEADLINE,
FILED.

06/26/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 06/25/2007
Plaintiff's Attorney: JAMES A BILLINGS
TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH PROPOSED ORDER.

06/26/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 06/26/2007
DONALD H MARDEN , JUSTICE
COPIES TO PARTIES/COUNSEL                                      PLAINTIFF SHALL
FILE ITS OPPOSITION MEMORANDUM AND OPPOSING STATEMENT OF FACTS TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON OR BEFORE JULY 6, 2007.

06/26/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 06/26/2007

DONALD H MARDEN , JUSTICE
COPIES TO PARTIES/COUNSEL                                         PLAINTIFF TO
FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON OR BEFORE JULY 6, 2007.

                              6/25/07  ORDER ON MOTION FOR EXTENSION TO FILE OPPOSITION TO
PARTIAL SUMMARY JUDGMENT ON OR BEFORE AUGUST 14, 2007.

07/06/2007 Party(s): ACAPELLO SALONS INC
           MOTION - MOTION TO AMEND PLEADING FILED ON 07/06/2007
           Plaintiff's Attorney: WALTER MCKEE
           IT INITIAL COMPLAINT, WITH PROPOSED ORDER.

07/06/2007 Party(s): ACAPELLO SALONS INC
           SUPPLEMENTAL FILING - AMENDED COMPLAINT FILED ON 07/06/2007
           Plaintiff's Attorney: WALTER MCKEE

07/06/2007 Party(s): ACAPELLO SALONS INC
           MOTION - MOTION STAY OF PROCEEDINGS FILED ON 07/06/2007
           Plaintiff's Attorney: WALTER MCKEE
           SUMMARY JUDGMENT IN ORDER TO ENGAGE IN ADDITIONAL DISCOVERY WITH PROPOSED ORDE.

07/06/2007 Party(s): ACAPELLO SALONS INC
           OTHER FILING - OPPOSING MEMORANDUM FILED ON 07/06/2007
           Plaintiff's Attorney: WALTER MCKEE
           TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OPPOSING STATEMENT OF MATERIAL FACTS WITH
           ATTACHMENTS.

07/10/2007 OTHER FILING - STATEMENT OF TIME FOR TRIAL FILED ON 07/10/2007
           Plaintiff's Attorney: WALTER MCKEE
           ESTIMATED TIME FOR TRIAL IS 3 DAYS

07/11/2007 Party(s): ACAPELLO SALONS INC
           MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 07/11/2007
           Plaintiff's Attorney: WALTER MCKEE
           IN WHICH TO FILE MOTIONS WITH PROPOSED OREDER.

07/12/2007 Party(s): ACAPELLO SALONS INC
           DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 07/12/2007
           Plaintiff's Attorney: WALTER MCKEE
           NOTICE OF DEPOSITION AND SUBPOENA, SERVED ON ALICE CHAPLICK, CAROLYN BRAGG, ESTHER
           GINSBERG, JACKIE WEBBER, JESSICA BOIS, LORNA DAMREN, PAULA MCNALLY, SHARON RAUSCH, CHRIS
           BERRY, PERRY CLARK ON 07/11/07.

07/13/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
           OTHER FILING - WITNESS & EXHIBIT LIST FILED ON 07/12/2007
           Defendant's Attorney: PETER S BLACK

07/16/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
           DISCOVERY FILING - RULE 26(G) LETTER FILED ON 07/16/2007

07/16/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
           OTHER FILING - WITNESS & EXHIBIT LIST FILED ON 07/16/2007
           Defendant's Attorney: PETER S BLACK

AMENDED

07/16/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
OTHER FILING - REPLY MEMORANDUM FILED ON 07/16/2007
Defendant's Attorney: PETER S BLACK
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, REPLY TO OPPOSING STATEMENT OF
MATERIAL FACTS, FILED.

07/16/2007 Party(s): ACAPELLO SALONS INC
OTHER FILING - WITNESS & EXHIBIT LIST FILED ON 07/11/2007
Plaintiff's Attorney: WALTER MCKEE

07/18/2007 Party(s): ACAPELLO SALONS INC
LETTER - FROM PARTY FILED ON 07/17/2007
Plaintiff's Attorney: WALTER MCKEE
LETTER REGARDING DISCOVERY CONFERENCE.

07/20/2007 Party(s): ACAPELLO SALONS INC
OTHER FILING - REPLY MEMORANDUM FILED ON 07/19/2007
Plaintiff's Attorney: WALTER MCKEE
PLTF'S RESPONSE TO DEFTS' REPLY STATEMENT OF OPPOSING FACTS

07/20/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION SUMMARY JUDGMENT FILED ON 07/19/2007
Plaintiff's Attorney: WALTER MCKEE
MEMORANDUM OF LAW, STATEMENT OF MATERIAL FACTS, REQUEST FOR HEARING, PROPOSED ORDER.

07/23/2007 HEARING - MOTION PRELIMINARY INJUNCTION HELD ON 07/19/2007
DONALD H MARDEN , JUSTICE
Defendant's Attorney: PETER S BLACK
Plaintiff's Attorney: WALTER MCKEE
PLAINTIFF CALLS JUNE JULIANO, ROBYM WILCOX AND TINA PREBLE AS WITNESSES. PLAINTIFF'S #1,4
AND 5 ADMITTED WITHOUT OBJECTION. COURT RULES FROM BENCH AND MOTION FOR PRELIMINARY
INJUNCTION DENIED.

07/23/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION PRELIMINARY INJUNCTION DENIED ON 07/19/2007
DONALD H MARDEN , JUSTICE
COPIES TO PARTIES/COUNSEL                                           DENIED FROM THE
BENCH

07/23/2007 HEARING - MOTION SUMMARY JUDGMENT SCHEDULED FOR 08/01/2007 @ 2:00
DONALD H MARDEN , JUSTICE

07/23/2007 HEARING - MOTION SUMMARY JUDGMENT NOTICE SENT ON 07/23/2007

07/24/2007 Party(s): ACAPELLO SALONS INC
OTHER FILING - TRANSCRIPT ORDER FORM FILED ON 07/20/2007
Plaintiff's Attorney: WALTER MCKEE
SENT TO LESLIE GILMORE 07/25/07.

07/26/2007 Party(s): ACAPELLO SALONS INC
DISCOVERY FILING - RULE 26(G) LETTER FILED ON 07/26/2007

Plaintiff's Attorney: WALTER MCKEE
DISPUTE CONCERNING DEFT'S ANSWERS TO INTERROGATORIES NO. 6 AND 7.

07/26/2007 Party(s): ACAPELLO SALONS INC
LETTER - FROM PARTY FILED ON 07/26/2007
Plaintiff's Attorney: WALTER MCKEE
LETTER FROM WALTER MCKEE

07/26/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
OTHER FILING - REPLY MEMORANDUM FILED ON 07/26/2007
Defendant's Attorney: PETER S BLACK
RESPONSE TO MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE MOTIONS

07/26/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
OTHER FILING - OPPOSING MEMORANDUM FILED ON 07/26/2007
Defendant's Attorney: PETER S BLACK
OPPOSITION TO MOTION TO STAY SUMMARY JUDGMENT PROCEEDINGS UNDER RULE 56(F), W/ EXHIBIT 1.
PROPOSED ORDER.

07/26/2007 Party(s): LORRIE MAIORANO
OTHER FILING - OPPOSING MEMORANDUM FILED ON 07/26/2007
Defendant's Attorney: PETER S BLACK
OPPOSITION TO MOTION TO AMEND COMPLAINT, WITH EXHIBITS 1 AND 2.

07/30/2007 Party(s): ACAPELLO SALONS INC
OTHER FILING - TRANSCRIPT ORDER FORM SENT TO REPORTER/ER ON 07/30/2007
MAILED TO LESLIE GILMORE

07/31/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION TO AMEND PLEADING GRANTED ON 07/20/2007
DONALD H MARDEN , JUSTICE
COPIES TO PARTIES/COUNSEL

08/01/2007 HEARING - MOTION SUMMARY JUDGMENT HELD ON 08/01/2007
DONALD H MARDEN , JUSTICE
NO COURTROOM CLERK                                          COURT TO SET
ALL MOTIONS FOR SUMMARY JUDGMENT ON 9/5/07.

08/03/2007 HEARING - MOTION SUMMARY JUDGMENT SCHEDULED FOR 09/05/2007 @ 11:00
DONALD H MARDEN , JUSTICE

08/03/2007 HEARING - SETTLEMENT CONFERENCE REQUESTED ON 08/01/2007
PER COURT SEND REQUEST TO TINA HAMILTON FOR POSSIBLE SCHEDULING PRIOR TO 9/5/07. DOCKET
SHEET FAXED TO TINA HAMILTON.

08/03/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION STAY OF PROCEEDINGS GRANTED ON 08/01/2007
DONALD H MARDEN , JUSTICE
COPIES TO PARTIES/COUNSEL                                    SUMMARY
JUDGMENT MOTION  TO BE STAYED PENDING FURTHER DISCOVERY.  PLAINTIFFDISCOVERY EXTENDED TO
8/31/07.  PLAINTIFF ALLOWED ADDITIONAL 5 DAYS TO FILE OPPOSITION AT CONCLUSION OF
DISCOVERY.

08/03/2007 Party(s): ACAPELLO SALONS INC
          MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 08/01/2007
          DONALD H MARDEN , JUSTICE
          COPIES TO PARTIES/COUNSEL                                          PLAINTIFF'S
          DEADLINE TO FILE MOTIONS IS EXTENDED TO 8/19/07.


08/03/2007 Party(s): ACAPELLO SALONS INC
          MOTION - MOTION EXTEND DISCOVERY GRANTED ON 08/01/2007
          DONALD H MARDEN , JUSTICE
          COPIES TO PARTIES/COUNSEL                                          DISCOVERY
          DEADLINE EXTENDED TO 8/31/07.


08/03/2007 DISCOVERY FILING - DISCOVERY DEADLINE ENTERED ON 08/31/2007


08/10/2007 Party(s): KATHERINE LAROCHELLE,LORRIE MAIORANO
          OTHER FILING - OPPOSING MEMORANDUM FILED ON 08/10/2007
          Defendant's Attorney: PETER S BLACK
          TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT WITH
          INCORPORATED MEMORANDUM OF LAW, AFFIDAVIT OF ROBYN WILCOX AND AFFIDAVIT OF LORRIE
          MAIORANO.


08/10/2007 Party(s): ROBYN WILCOX
          RESPONSIVE PLEADING - RESPONSE FILED ON 08/10/2007
          Defendant's Attorney: STEVEN BLACKWELL


08/10/2007 Party(s): ACAPELLO SALONS INC
          LETTER - FROM PARTY FILED ON 08/10/2007
          Plaintiff's Attorney: WALTER MCKEE
          LETTER REGARDING ANSWER TO COUNTERCLAIM.


08/10/2007 Party(s): ACAPELLO SALONS INC
          MOTION - MOTION FOR CONTEMPT FILED ON 08/06/2007
          Plaintiff's Attorney: WALTER MCKEE
          VERIFIED MOTION FOR CONTEMPT, PROPOSED ORDER AND TWO CONTEMPT SUBPOENAS.


08/13/2007 Party(s): LORRIE MAIORANO
          RESPONSIVE PLEADING - ANSWER TO AMENDED PLEADING FILED ON 08/06/2007
          ANSWER TO AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIM OF LORRIE MAIORANO,
          FILED.


08/13/2007 Party(s): ANITA RICHARDS
          RESPONSIVE PLEADING - COUNTERCLAIM FILED ON 08/06/2007
          Defendant's Attorney: PETER S BLACK


08/16/2007 HEARING - SETTLEMENT CONFERENCE SCHEDULED FOR 09/04/2007 @ 9:00
          NOTICE TO PARTIES/COUNSEL                                          TO BE HELD IN
          PORTLAND


08/16/2007 Party(s): ACAPELLO SALONS INC
          MOTION - MOTION FOR CONTEMPT FILED ON 08/16/2007
          Plaintiff's Attorney: WALTER MCKEE
          VERIFIED MOTION FOR CONTEMPT.

08/16/2007 Party(s): ACAPELLO SALONS INC
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 08/16/2007
Plaintiff's Attorney: WALTER MCKEE
AMENDED NOTICE OF DEPOSITION: LORNA DAMREN, ALICE CHAPLICK, CAROLYN BRAGG, JESSICA BOIS,
PAULA MCNALLY, SHARON RAUSCH, PERRY CLARK, ESTHER GINSBERG, JACKIE WEBBER, CHRIS BERRY,
SERVED ON 08/14/07.

08/16/2007 Party(s): ACAPELLO SALONS INC
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 08/16/2007
Plaintiff's Attorney: WALTER MCKEE
NOTICE OF DEPOSITION & SUBPOENA: SUE CURRIER, MONA JANE DANFORTH, KIMBERLY MANCINI,
KIMBERLY CREPEAU, LESLIE IGRAHAM, SERVED ON 08/14/07.

08/16/2007 Party(s): ACAPELLO SALONS INC
LETTER - FROM PARTY FILED ON 08/16/2007
Plaintiff's Attorney: WALTER MCKEE
LETTER DISCUSSING POSSIBLE CONFLICT FOR 09/04/07 SETTLEMENT CONFERENCE, DISMISSAL OF
KATHERINE LAROCHELLE'S CASE, AND DISMISSAL OF JUSTIN BOND'S CASE.

08/17/2007 Party(s): ACAPELLO SALONS INC
OTHER FILING - REPLY MEMORANDUM FILED ON 08/17/2007
Plaintiff's Attorney: WALTER MCKEE
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S REPLY STATEMENT OF MATERIAL
FACTS,

08/21/2007 Party(s): ACAPELLO SALONS INC
OTHER FILING - OPPOSING MEMORANDUM FILED ON 08/20/2007
Plaintiff's Attorney: WALTER MCKEE
PLTF'S MEMORANDUM IN OPPOSITION TO DEFTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN
SUPPORT OF PLTF'S CROSS-MOTION FOR SUMMARY JUDGMENT, OPPOSING STATEMENT OF MATERIAL FACTS,
PROPOSED ORDER, REQUEST FOR HEARING

08/21/2007 Party(s): ACAPELLO SALONS INC
MOTION - MOTION TO DISMISS FILED ON 08/21/2007
Plaintiff's Attorney: WALTER MCKEE
MOTION TO DISMISS CERTAIN CLAIMS

08/29/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
OTHER FILING - OPPOSING MEMORANDUM FILED ON 08/27/2007
Defendant's Attorney: PETER S BLACK
DEFTS' OPPOSITION TO PLTF'S VERIFIED MOTION FOR CONTEMPT. EXHIBITS 1-3.

09/06/2007 HEARING - MOTION SUMMARY JUDGMENT HELD ON 09/05/2007
DONALD H MARDEN , JUSTICE
NO COURTROOM CLERK

09/07/2007 HEARING - SETTLEMENT CONFERENCE HELD ON 09/04/2007
CARL O BRADFORD , JUSTICE
CASE NOT SETTLED.

09/07/2007 Party(s): ACAPELLO SALONS INC
MOTION - OTHER MOTION FILED ON 09/05/2007
Plaintiff's Attorney: WALTER MCKEE

DISQUALIFICATION OF COUNSEL AND PROPOSED ORDER.

09/07/2007 Party(s): ACAPELLO SALONS INC
LETTER - FROM PARTY FILED ON 09/05/2007
Plaintiff's Attorney: WALTER MCKEE
LETTER INFORMING THE COURT THAT THERE IS AN OBJECTION TO DEFENDANT'S REPLY MEMORANDUM.

09/07/2007 Party(s): ACAPELLO SALONS INC
OTHER FILING - OPPOSING MEMORANDUM FILED ON 09/05/2007
Plaintiff's Attorney: WALTER MCKEE
PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
PLAINTIFF'S SUPPLEMENTAL STATEMENT OF MATERIAL FACTS.

09/07/2007 Party(s): ACAPELLO SALONS INC
DISCOVERY FILING - DEPOSITION TRANSCRIPT FILED ON 09/05/2007
OF JACQUELINE WEBBER, LORNA DAMREN, PERRY CLARK, ROBYN WILCOX,LORRIE MAIORANO

09/11/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
OTHER FILING - REPLY MEMORANDUM FILED ON 09/07/2007
Defendant's Attorney: PETER S BLACK
REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF LIABILITY FOR VIOLATION OF
OVERTIME STATUTE AND OPPOSITION TO PLTF'S CROSSMOTION

09/12/2007 Party(s): ACAPELLO SALONS INC
DISCOVERY FILING - DEPOSITION TRANSCRIPT FILED ON 09/10/2007
Plaintiff's Attorney: JAMES A BILLINGS
OF PERRY CLARK, LORNA DAMREN AND JACQUELINE WEBBER

09/19/2007 Party(s): ACAPELLO SALONS INC
OTHER FILING - REPLY MEMORANDUM FILED ON 09/14/2007
Plaintiff's Attorney: WALTER MCKEE
IN SUPPORT OF ITS CROSS MOTION FOR SUMMARY JUDGMENT.

09/19/2007 Party(s): ACAPELLO SALONS INC
RESPONSIVE PLEADING - RESPONSE FILED ON 09/14/2007
Plaintiff's Attorney: WALTER MCKEE
TO DEFENDANTS' REPLY STATEMENT OF MATERIAL FACTS AND PLAINTIFF'S REPLY STATMENT OF
MATERIAL FACTS IN SUPPORT OF ITS CROSS MOTION FOR SUMMARY JUDGMENT.

09/24/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
OTHER FILING - OPPOSING MEMORANDUM FILED ON 09/24/2007
Defendant's Attorney: PETER S BLACK
OPPOSITION TO MOTION TO DISQUALIFY

09/24/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO
MOTION - MOTION PARTIAL SUMMARY JUDG GRANTED ON 09/24/2007
DONALD H MARDEN , JUSTICE
COPIES TO PARTIES/COUNSEL :THE DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT IS GRANTED AS
TO THE ISSUE OF NON-COMPLETITION AND DENIED AS TO THE ISSUED OF NON-SOLICITATION AND
TERMINATION OF DEFENDANT WILCOX:JUDGMENT FOR DEF.ON CLAIMS OF VIOLATION OF COVENANT NOT TO
COMPLAINT: PLT PARTIAL MOTION    FOR SUMMARY JUDGMENT IS DENIED.

09/24/2007 Party(s): ROBYN WILCOX,LORRIE MAIORANO,ANITA RICHARDS

MOTION - MOTION SUMMARY JUDGMENT DENIED ON 09/24/2007
DONALD H MARDEN , JUSTICE
COPIES TO PARTIES/COUNSEL                                        PLT PARTIAL
MOTION FOR SUMMARY JUDGMENT IS DENIED


09/25/2007 FINDING - JUDGMENT DETERMINATION ENTERED ON 09/24/2007
DONALD H MARDEN , JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
PARTIES/COUNSEL                                        THE DEFENDANTS CROSS-
MOTION FOR SUMMARY JUDGMENT IS GRANTED AS TO THE ISSUE OF NON-COMPLETITION AND DENIED AS
TO THE ISSUED OF NON-SOLICITATION AND   TERMINATION OF DEFENDANT WILCOX; JUDGMENT FOR
DEFENDANTS ON CLAIMS OF      VIOLATION OF COVENANT NOT TO COMPLETE; PLT PARTAIL MOTION FOR
SUMMARY      JUDGMENT IS DENIED


ORDER - SUMMARY JUDGMENT ENTERED ON 09/24/2007
DONALD H MARDEN , JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
PARTIES/COUNSEL                                        THE DEFNEDNATS CROSS-
MOTION FOR SUMMARY JUDGMENT IS GRANTED AS TO THE ISSUE OF NON-COMPLETITION AND DENIED AS
TO THE ISSUED OF NON-SOLICITATION AND   TERMINATION OF DEFENDANT WILCOX; JUDGMENT FOR
DEFENDANTS ON CLAIMS OF      VIOLATION OF COVENANT NOT TO COMPLETE; PLT PARTAIL MOTION FOR
SUMMARY      JUDGMENT IS DENIED

09/25/2007 Party(s):  ACAPELLO SALONS INC
MOTION - MOTION SUMMARY JUDGMENT DENIED ON 09/24/2007
DONALD H MARDEN , JUSTICE
COPIES TO PARTIES/COUNSEL


09/28/2007 Party(s):  ACAPELLO SALONS INC
MOTION - OTHER MOTION MOOT ON 09/28/2007
DISQUALIFICATION OF COUNSEL AND PROPOSED ORDER.


09/28/2007 Party(s):  ACAPELLO SALONS INC
MOTION - MOTION TO DISMISS MOOT ON 09/28/2007


09/28/2007 Party(s):  ACAPELLO SALONS INC
MOTION - MOTION FOR CONTEMPT MOOT ON 09/28/2007


09/28/2007 Party(s):  ACAPELLO SALONS INC
MOTION - MOTION FOR CONTEMPT MOOT ON 09/28/2007


10/01/2007 Party(s):  ACAPELLO SALONS INC
MOTION - MOTION TO RECONSIDER FINDING FILED ON 09/28/2007
MOTION TO RECONSIDER ORDER ON MOTION FOR CONTEMPT.


10/15/2007 Party(s):  ROBYN WILCOX,LORRIE MAIORANO
OTHER FILING - OPPOSING MEMORANDUM FILED ON 10/15/2007
Defendant's Attorney: PETER S BLACK
DEF OPPOSITION TO PLT MOTION FOR RECONSIDERATION OF ORDER ON MOTION FOR    CONTEMPT


10/29/2007 Party(s):  ACAPELLO SALONS INC
MOTION - MOTION TO RECONSIDER FINDING DENIED ON 10/26/2007
DONALD H MARDEN , JUSTICE

COPIES TO PARTIES/COUNSEL

11/14/2007 OTHER FILING - TRANSCRIPT FILED ON 11/09/2007
           PRELIMINARY INJUNCTION, 07/19/07.


05/14/2009 Party(s): ROBYN WILCOX,LORRIE MAIORANO
           MOTION - OTHER MOTION FILED ON 05/14/2009
           FOR STATUS CONFERENCE WITH PROPOSED ORDER.


05/14/2009 HEARING - OTHER MOTION SCHEDULED FOR 06/04/2009 @ 11:30  in Room No.  2
           JOSEPH M JABAR , JUSTICE
           STATUS CONFERENCE


05/14/2009 Party(s): ROBYN WILCOX,LORRIE MAIORANO
           MOTION - OTHER MOTION GRANTED ON 05/14/2009
           JOSEPH M JABAR , JUSTICE
           FOR STATUS CONFERENCE WITH PROPOSED ORDER.                    COPIES TO
           ATTYS. OF RECORD.


05/19/2009 Party(s): ACAPELLO SALONS INC
           LETTER - FROM PARTY FILED ON 05/19/2009
           Plaintiff's Attorney:  WALTER MCKEE
            LETTER REGARDING STATUS CONFERENCE.


05/19/2009 HEARING - OTHER MOTION CONTINUED ON 05/19/2009
           STATUS CONFERENCE


05/19/2009 HEARING - OTHER MOTION SCHEDULED FOR 06/09/2009 @ 1:00  in Room No.  2
           STATUS CONFERENCE


05/19/2009 HEARING - OTHER MOTION NOTICE SENT ON 05/19/2009
           STATUS CONFERENCE


06/12/2009 HEARING - OTHER MOTION HELD ON 06/09/2009
           STATUS CONFERENCE


07/24/2009 ORDER - COURT ORDER ENTERED ON 07/24/2009
           JOSEPH M JABAR , JUSTICE
           IT IS HEREBY ORDERED THAT THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS HEREBY DENIED AND
           THAT PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT IS HEREBY DENIED.
                                        COPIES TO ATTYS. OF RECORD.
                           COPIES TO REPOSITORIES


A TRUE COPY
ATTEST: _____
                        Clerk